IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE DEVINE, *individually and as Administratrix of the Estate of Michael F. Devine, Jr., deceased*<br>　　　　Plaintiff, | :<br><br>:<br>: |
| v. | CIVIL ACTION<br>NO. 14-1072 |
| MIDDLETOWN TOWNSHIP;<br>MIDDLETOWN TOWNSHIP POLICE<br>DEPARTMENT; JOSEPH SCHUCK;<br>JOSEPH BUCKLEY; and<br>MARK LEONHAUSER<br>　　　　Defendants. | :<br>:<br>:<br>: |

## ORDER

AND NOW, this 1st day of August, 2016, it is hereby ORDERED as follows:

(1) Defendants' Motion for Leave to File a Reply Brief (Doc. No. 53) is GRANTED and the Reply Brief attached thereto as Exhibit A shall be deemed filed as of this day;

(2) Plaintiff's Motion for Leave to File a Surreply Brief (Doc. No. 55) is GRANTED and the Surreply Brief attached thereto as Exhibit A shall be deemed filed as of this day;

(3) Upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 44), Plaintiff's Response in Opposition thereto (Doc. No. 49), Defendants' Reply (Doc. No. 53, Ex. A), and Plaintiff's Surreply (Doc. No. 55, Ex. A), Defendants' Motion is GRANTED; and,

(4) The Clerk of Court shall ENTER JUDGMENT in favor of DEFENDANTS and mark this matter CLOSED.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ C. Darnell Jones, II　　J.